**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2270**

JACQUELINE WOODS,

                Plaintiff - Appellant,

        v.

CASSANDRA SMITH, Security Personnel; MICHAEL ADU; WILLIAM
WASHINGTON, District Manager,

                Defendants – Appellees,

        and

JA-KIA ANTHONY, Human Resources,

                Defendant.


Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:09-cv-00527-JCC-IDD)


Submitted:  March 16, 2010          Decided:  March 19, 2010


Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Jacqueline Woods, Appellant Pro Se.   Christine Ramapuram,
BONNER, KIERNAN, TREBACH & CROCIATA, LLP, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Woods appeals the district court's order dismissing her action with prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Woods v. Smith, No. 1:09-cv-00527-JCC-IDD (E.D. Va. Oct. 6, 2009). Additionally, we deny Woods's motion to strike and motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED